**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

FILED MHN
AUG 07 2008 NF
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** CARY DUPREE

**Defendant(s):** GEORGE T. PAPPAS, et al.

**County of Residence:** LAKE

**County of Residence:**

**Plaintiff's Address:**
Cary Dupree
#99863
Lake - LCJ
P.O. Box 38
Waukegan, IL 60086

**Defendant's Attorney:**

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV4460
JUDGE KOCORAS
MAGISTRATE JUDGE COLE

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes ☑ No

**Signature:** /s/ Cary Dupree

**Date:** 8/7/08