MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) **Cary Dupree**  )  Case Number: _____
                              )
                              )  Judge _____
        v.                    )
                              )
Defendant(s) **George Pappas** )
             **Eric Hill**    )

**FILED AUG 07 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT**

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Cary Dupree**, declare that I am the (check appropriate box): ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check the appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in this proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

**08CV4460
JUDGE KOCORAS
MAGISTRATE JUDGE COLE**

_Cary Dupree_
Movant's Signature

_145 Glen St - 1 - E_
Street Address

_Grays Lake, IL_
City/State/Zip

Date: 7/24/08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| | |
|---|---|
| Assigned Judge Jhon Phillips | Case Number 08CF722 |
| Case Title Civil And Criminal | |
| Appointed Attorney's Name CHArvis wAlker 847-775-7470 | |
| ☑ If case is still pending, please check box. | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |

| | |
|---|---|
| Assigned Judge | Case Number |
| Case Title | |
| Appointed Attorney's Name | |
| ☐ If case is still pending, please check box. | |