MHN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
AUG 0 7 2008
AUG 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CARY DuPREE

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

George T. PAPPAS
Eric Hill

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**EP**

08CV4460
JUDGE KOCORAS
MAGISTRATE JUDGE COLE

**FILED**
**AUGUST 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No._____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓_____    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: CARY DUPree

B.    List all aliases: MALik HArding, CARY CAsh, CARYHudson

C.    Prisoner identification number: K74440

D.    Place of present confinement: LAke County Court House

E.    Address: Po Box 38 wAukegAN IL 60086

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: George T PAPPAS

Title: States Attorney

Place of Employment: LAke County court House

B.    Defendant: Eric Hill

Title: Police officer

Place of Employment: ZioN IL Police depArtment

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

*N/A*

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

_____



E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made: _____

_____

_____

H. Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____


**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 2-23-08, I CARY DUPREE WAS in A CAR THAT WAS PULLED OVER By Zion POLICE DEPT. Officer Hill During A TRAFFIC STOP found in my POSSESSION 10,000 U.S. CURRENCY. THE officer TOOK my money wHILE STEROTYPing mE AS A DRUG DEALER, HE THEN SEARCHED THE CAR AND SAID HE found no DRUGS OR nothing illegal inside, I THEN RECEIVED THREE TICKETS AND ARRESTED me AND TOOK ME TO LAKE COUNTY Jail I am only CHARGED with Driving ON A REVOKED License, RESisting A PEACE officer, AND FLEEing, I HAVE BEEN in CUSTODY 6 months THE STATES ATTORNEY GEORGE PAPPAS TOLD my ATTORNEY C HARVis WALKER THEY would MAKE A DEAL if I gAVE THE Zion POLICE DEPARTMENT AND THE STATE HALf Of THE money THEY would SETTLE THE CASE, BOTH myself AND my ATTORNEY REfuSED THE DEAL. I HAVE PROVIDED PROOf Of Documents TO VERifY EMPLOYMENT, TO STATE THE money is LEGAL, I fEEL THAT I ShoULD ALso BE ABLE TO fILE A CiviL SUiT AGAinst THE ARRESTing officer AND STATES ATTORNEY foR DEfamation Of-

4

CHARACTER SINCE NO DRUGS WERE FOUND AND THERE WAS NO PROBABLE CAUSE FOR THE CONFISCATION OF THE MONEY, I STRESS THE FACT THAT THIS IS A TRAFFIC CASE NOT A DRUG CASE AND THERE WAS NO DRUG SURVEILENCE OR ANY TYPE OF DRUGS OR DEAL INVOLVED.

I AM REQUESTING THE RETURN OF MY MONEY AND TO HAVE MY NAME CLEARED AS A DRUG DEALER

5

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

To Help Retrun my Money And Clear my Name As A drug dealer Because I'm not that, I Also would like to Persue A law sutle on the grounds of pain and suffering Also Extortion

**VI.**    The plaintiff demands that the case be tried by a jury.    ☐ YES    ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ___24___ day of ___7___, 20_08_

_____
(Signature of plaintiff or plaintiffs)

CAry DuPree
(Print name)

99863
(I.D. Number)

P. O Box 38
wAukegAN IL 60086
(Address)

Revised 9/2007