FILED
8-21-2008
AUG 2 1 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN
8/18/08

08cv4460

Dear
Mr. Michael W. Dobbins
My name is Cary Dupree
Case # 08CV4460

I'm written to inform the Court that I will be shipping out to Stateville But A.S.A.P when I get to my parenting ~~Institution~~ Instition I will be writeing you all again to give my full Address

Here's my I.D.O.C. #
K74490

Cary Dupree

P.S.
I will be comeing Back to Court from I.D.O.C. 9/19/08 to have the Hearing about the money that was tooken from me.

Cary Dupree