FILED
8-21-2008
AUG 2 1 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

MHN

CASe # 08CV4460

CAry Dupree -vs- State George PAPPAS

To The Clerk of the United States District Court

I Recived Some legal mail from A public Defender the date on the Mail was March 31 2008. I don't Have Photo Copies So I Have Hand written And Copy the letter word for word.

Cary Dupree

But I will Be Sending Photo Copies of the letter Also other Legal PAPPer that I think you All should Have

I Cary Dupree give full Permmison to the Court And to who ever Repersenting Case # 08CV4460 TO Look Into my Files Concernning my Case

Cary Dupree

CASE # 08CV4460

8/18/08

It States.

The letter that was sent from P.D

Dear mr. Dupree, I Have spoken To The states Attorney About the money That was seized from you. It Is possible that He will Agree to Retun the money without filling A motion.

　　　　　Very Truly yours,

　　　　　Arthur D. kessler
　　　　X
　　　　　Assistant Public Defender

X Defendant
X Cary Dupree

8/18/08