To the Clerk of the U.S District Court

My Name, Cary Dupree Case 08cv4460

I'm written to inform the court that I do have the origanl copy of the letter that was sent to me from Arthur Kessler But I'm on Shippment for I.D.O.C. And I don't want to send my only copy so when I get to I.D.O.C. I will be makeing copies. Sending the court the origanl and keeping one for myself I have tryed to get copies here But they want do it, I only have a 10 Grade Education so please Bare with me and my Hand writeing

Thank you

Cary Dupree

My I.D.O.C. # K74492

CASE # 08CV4460
FILED 8-22-2008
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C4460

CASE # 08CV4460

8/19/08

MArcH 31, 2008

Dear Mr. Dupree I Have spoken To the States Attoreny About The money That WAS seized from you. It is possible that He will agree To ReTurn It with out fililing A motion. I will keep you Informed. I Have not Recived your discovery materilas yet.

Very TRuly yours,

Arthur D. Kessler

Assistant ▓▓▓▓
public Defender