Cary Dupree

08CV4460

Sorry I had no paper

MHN

**FILED**
8-25-2008
AUG 2 5 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08cv4460

Dear Mr. Dobbins I'm writteving

To let the Court Know that I Have Been Shipped To IDOC And give my New Address

Cary Dupree

Cary Dupree K74492
Statevill Route 53 Po Box 112
Joliet IL 60434   I will write again when the shipp me To where ever I'm going But this It for Now,

I Also will Be sending Copies of that Letter from my Public Defender A.S.A.P They want Let me make copies Here   Cary Dupree